No. 01–10110. MAXWELL v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 01–10111. MELICE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–10113. TURNER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–10114. KING v. CHILDS (two judgments). Ct. Sp. App. Md. Certiorari denied.

No. 01–10116. IN RE PHILLIPS. Sup. Ct. Cal. Certiorari denied.

No. 01–10119. NELSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–10121. NEILL v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 01–10127. JOHNSON v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–10130. BEAULEAUX v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 01–10137. WOODALL v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 01–10138. WHIGHAM v. DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–10139. TULLY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–10140. ANDERSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–10142. BRITT v. SMITH, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 01–10143. ANTHONY v. ROBERSON ET AL. C. A. 6th Cir. Certiorari denied.